J. E. PORTER, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

Opinion Filed November 18, 1922.

Where proof of guilt is inconclusive errors of procedure in the admission of evidence and comments of counsel for the state cannot be considered harmless.

A Writ of Error to the Criminal Court of Record for Duval County; J. M. Peeler, Judge.

Reversed.

*Ion L. Farris* and *Lacy W. Mahon,* for Plaintiff in Error;

*Rivers Buford,* Attorney General, and *Marvin C. McIntosh,* Assistant, for the State.

PER CURIAM—The charge in this case is grand larceny. The property alleged to have been stolen is an automobile. The verdict was guilty as charged with recommendation of

mercy of the court. By writ of error the judgment adjudging guilt and imposing sentence is here for review.

Because of the inconclusive character of the proof, errors assigned in the admission of evidence respecting other similar offenses alleged to have been committed by the defendant and comments of counsel on behalf of the State during the trial regarding such alleged crimes cannot be considered as harmless errors, and it is considered that justice demands another trial of the case when a recurrence of such errors are improbable.

Reversed.

BROWNE, C. J., AND TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.